**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 26-** |
| **v.** | : | **DATE FILED:** |
| **GUANGTIAN HA** | : | **VIOLATION:**<br>**18 U.S.C. § 2261A(2) (cyberstalking –** |
| | : | **1 count)** |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. From on or about October 9, 2025, through on or about May 20, 2026, in the Eastern District of Pennsylvania, defendant

**GUANGTIAN HA,**

with the intent to harass and intimidate Victim 1, used a facility of interstate and foreign commerce, that is, the internet and electronic mail, to engage in a course of conduct that placed Victim 1 in reasonable fear of death or serious bodily injury and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 1 and his family.

**THE DEFENDANT'S COURSE OF CONDUCT TARGETING VICTIM 1**

2. From in or about October 2025, to in or about May 2026, defendant GUANGTIAN HA used anonymous X accounts to direct threatening messages to Victim 1. Defendant HA frequently utilized virtual private networks to obfuscate his internet protocol address and make tracing the source of the messages more difficult.

3. In total, from in or about October 2025, to in or about May 2026,

defendant GUANGTIAN HA sent approximately 50 messages to Victim 1 using at least four different X accounts, including the examples listed below.

4. On or about October 9, 2025, defendant GUANGTIAN HA, using X account "America1st33509" replied to one of Victim 1's X posts with a picture of Victim 1's home mailbox, which depicted the house number of Victim 1's residence, and the emoji, "👀[.]"

5. In or about January 2026, through in or about February 2026, defendant GUANGTIAN HA, using X account "America1stLM" posted a series of threatening and harassing messages directed at Victim 1, including the following:

a. "Jew, get the fuck out of my country"

b. "Jew pig, get the fuck out of Lower Merion"

c. "If jews are so special then they should also be placed in special camps and receive special treatments"

d. "LM jews are going to have it big time, jew. Remember this. You scums have had it too easy. Goyim are taking America back, blood-guzzling demons."

6. In response to these and other messages, Victim 1 and his family enacted security precautions. On or about February 27, 2026, defendant GUANGTIAN HA, using X account "America1stLM" posted the following, commenting on several security measures that Victim 1 had taken to block his true address from defendant HA's public posts on X, "@[Victim 1] The goyim have woken up, jew. Run. Flee. Leave. Blurring your home on google map and installing a security camera next to your mailbox won't help."

7. On or about February 28, 2026, defendant GUANGTIAN HA, using X

account "America1stLM" responded to one of Victim 1's posts regarding the death of Iranian Supreme Leader Ayatollah Ali Khamanei with the post, "Get the fuck out of my country, jew. Go back to your jew land. Don't force us to kick you out. Lower Merion will be cleansed of the jew filth."

8. On or about April 15, 2026, defendant GUANGTIAN HA, using X account "lm_GoyimDL" posted, "@[Victim 1] Fat jew, leave lower merion[.]" Approximately one minute later, the same account posted a message referencing Victim 1's son, "@[Victim 1] Jew, watch your [Victim 1's minor son's true name]. There shall be a sign."

9. On or about April 17, 2026, defendant GUANGTIAN HA, using X account "DlGoyim" posted the following message directed at Victim 1: "[Victim 1], the jewish state will stop existing, whether you like it or not, which is why as an Israeli zio jew you want to recreate america in 'iSrAeL's' image. This won't work. You and your family have no future here. Homeless dogs jews will once again become, if you do survive."

10. On or about April 18, 2026, defendant GUANGTIAN HA, using X account "DlGoyim" posted the following message directed at Victim 1: "[t]hat's right, [Victim 1]. The end of American jews is close. Let's start with the jews in Lower Merion. Watch out jewish nigga."

11. On or about April 22, 2026, defendant GUANGTIAN HA, using X account "DlGoyim" posted the following message directed at Victim 1: "[i]s that blood, [Victim 1]? We know jews are blood-sucking demons. Only the libtard niggas [. . .] will protect you. But soon we are going to make sure you have no place to hide, fat rat." The next day, defendant HA, while tagging Victim 1, posted, "Nothing wrong to hate jews. We started to decline the moment we stopped hating, eradicating and expelling jews. Babylonians knew, the Romans knew, the

Spaniards knew. American jews have been exposed. Fuck anti-Zionism. HH." "HH" is a common antisemitic abbreviation for "Heil Hitler".

12. On or about April 24, 2026, defendant GUANGTIAN HA, using X account "DlGoyim" posted an image of a woman in a bathing suit with the text, "[l]ooks like [Victim 1's] fat ugly pig of a wife."

13. On or about May 10, 2026, defendant GUANGTIAN HA, using X account "DlGoyim" posted the following message directed at Victim 1: "@[Victim 1] Eliminate the jewish cockroaches. Exterminate the jewish state. [Victim 1], you will have nowhere to go. Your family has no future in the US. Give it another 10 years, and you shall see a true holocaust."

14. Between on or about April 16, 2026, and on or about May 20, 2026, defendant GUANGTIAN HA, using X account "DlGoyim" responded to Victim 1's X account by posting Victim 1's home address four times, including the following messages:

a. "@[Victim 1] In case you want to know, guys: [Victim 1's home address]"

b. "@[Victim 1] Yo, watch out, jewish nigga. [Victim 1's partial home address],"

c. "@[Victim 1] [Victim 1's home address] 🎯".

In violation of Title 18, United States Code, Section 2261A(2)(B).

**A TRUE BILL:**

[redacted]

Salvatore L. Astolfi for
**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*_ _ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

GUANGTIAN HA

INDICTMENT

18 U.S.C. § 2261A(2) (cyberstalking – 1 count)

A true bill.

[redacted]

Filed in open court this 30th day,
Of September A.D. 20 26

[redacted]

Bail, $______________