IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 26- |
| GUANGTIAN HA | : | |

ORDER FOR BENCH WARRANT

AND NOW, this 30th day of September 2026, on motion of David Metcalf, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

HONORABLE ELIZABETH I. TOPLIN
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 26- |
| GUANGTIAN HA | : | |

MOTION FOR BENCH WARRANT

AND NOW, this 30th day of September 2026, David Metcalf, United States Attorney for the Eastern District of Pennsylvania, and Anthony Carissimi, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

DAVID METCALF
United States Attorney

*/s/ Anthony Carissimi*
Anthony Carissimi
Assistant United States Attorney

*/s/ Sima Kazmir*
Sima Kazmir
Assistant United States Attorney