**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Anthony J. Carissimi*
*Direct Dial: (215) 861-8450*
*Facsimile: (215) 861- 8618*
*E-mail Address: Anthony.Carissimi@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
(215) 861-8200

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re: United States v. Ha (26-cr-491)

Dear Clerk:

Please unseal the Indictment in the above-captioned case. The Indictment was returned on September 30, 2026.

Respectfully Submitted,

/s/ *Anthony J. Carissimi*
Anthony J. Carissimi
Assistant United States Attorney