**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 26-cr-491** |
| **GUANGTIAN HA** | : | |

## GOVERNMENT'S SUPPLEMENTAL MOTION FOR PRETRIAL DETENTION

Defendant Guangtian Ha was arrested on October 6, 2026, after a grand jury returned a one-count indictment charging him with cyberstalking in violation of 18 U.S.C. § 2261A. Because the defendant presents a serious risk of witness intimidation, the Honorable Scott W. Reid determined that a hearing should be held pursuant to 18 U.S.C. § 3142(f), which was scheduled for Tuesday, October 13, 2026, at 1:30 p.m. The government filed a motion for pretrial detention asserting that the defendant presents a danger to the community and must be detained pending trial. The government now supplements that motion and respectfully renews its request for pretrial detention.

### I. ARGUMENT

The government writes further to expand upon four points. First, the weight of the evidence against the defendant is now even stronger following a review of bodyworn camera footage in which the defendant admitted that he posted the messages in question. Second, that same bodyworn camera footage shows that the defendant is a risk of flight because he informed his wife that they may have to leave the country. Third, the victims' statements—attached here as sealed exhibits and offered pursuant to 18 U.S.C. § 2263—underscore the depth of the impact that the defendant's crimes had on his targets. And finally, a preliminary review of the forensic

evidence obtained from the defendant's phone has shown that he had resumed his terrorizing behavior just prior to being arrested. This is strong evidence that he remains a danger to the community.

On the day of the defendant's arrest, FBI agents executed a search warrant at his residence. A local detective accompanied the agents and assisted with the search while wearing a body camera, which was activated. During the search, the defendant (who is a native of China) conversed with his wife in his native language while in the presence of investigators. The FBI is in the process of obtaining a certified translation of that conversation.[1] In the meantime, an FBI linguist has reviewed the communications and discovered two portions of conversation relevant to this court's consideration of pretrial detention. First, the defendant told his wife that the FBI's presence at their home and the resulting search was a result of posts that he had made online. The defendant had admitted to investigators at the outset of the search that he had operated the threatening accounts, but reiterating the same to his wife is even stronger evidence of his guilt. Oftentimes, the most difficult element of proving a cybercrime is identifying the person who had "hands-on-keyboard" at the time of the offending conduct. Here, the defendant's own admissions render that concern obsolete. The weight of the evidence against the defendant is therefore much stronger because of his own admissions.

Second, a preliminary review of the bodyworn camera footage revealed that the defendant suggested to his wife that, following his search and arrest, they should leave the country. This is clear evidence of the defendant's risk of flight. The defendant is not a United

[1] These conversations are not protected by the confidential marital communications privilege because the communications were made in the presence of law enforcement. For the privilege to apply, the communications must be made "in confidence." *See United States v. Tartaglione*, 228 F. Supp. 3d 402, 407 (E.D.Pa. Jan., 11, 2017) (Slomsky, J.) (citing *Wolfle v. United States*, 291 U.S. 7, 14 (1934)).

States citizen; he is a lawful permanent resident. However, his immigration status would likely be jeopardized by a conviction for stalking in this case. *See* 18 U.S.C. § 1227(a)(2)(E)(i) ("Any alien who at any time after admission is convicted of a crime of . . . stalking . . . is deportable"). Accordingly, the defendant's prospect of maintaining long term ties to this community that would prevent him from absconding is minimal. It is also telling that one of the defendant's first reactions upon being confronted with his criminal activity is to suggest to his wife that they flee the country. This is further evidence that the defendant should be detained pending trial.

Third, the government has obtained statements from Victim 1 and Victim 1's spouse relating to the danger the defendant poses to the community and to them in particular. Those statements are attached to this memorandum as Exhibits A and B, and will be filed under seal to protect the identity of the victims. Stalking victims are required by law to be given the opportunity to be heard regarding pretrial detention. 18 U.S.C. § 2263. The attached statements show the damaging and destructive effect that the defendant's conduct had on the victims and the measures that they took to ensure their own safety and the safety of their children. There is no reason to believe that the defendant will cease targeting the victims and continuing to put them in fear for their lives.

That is particularly true given the defendant's recent resumption of online threats toward the victims. In the government's original detention memo, we noted that a new account had been created in September 2026 and begun once again targeting the victims. To recap, that new account replied to one of Victim 1's X posts on October 4, 2026, and referenced the October 7th terrorist attacks in Israel and encouraged that Jewish people be "exterminated." On October 5, 2026—the day before the defendant was arrested—the new account taunted Victim 1 by telling him to send his children out to the front yard to "play."

During the execution of the search warrant at the defendant's home following his arrest, agents seized the defendant's cell phone. That phone is currently being analyzed at the FBI's Regional Computer Forensics Lab. A preliminary report has shown that the defendant created and operated that new account. Specifically, the defendant's phone shows that the new account was created on September 23, 2026 at 9:33 UTC. This directly corresponds to the creation date and time from responsive records provided by X, which also show that the account was operated on Verizon and Haverford College networks. Put simply, the digital evidence shows that the defendant recently created yet another anonymous X account and resumed targeting Victim 1.

This evidence of renewed attacks is a direct reflection of the depth of the defendant's hatred and obsession with Victim 1 and his family. He renewed his threatening behavior by creating an anonymous X account after a five-month hiatus and continuing to convey images of death and terror while invoking Victim 1's children. The defendant has engaged in this harassing and terrorizing course of conduct for a year,[2] and it continued up until the day before he was arrested. He should not be afforded the opportunity to continue it, and the victims should be afforded the safety of knowing the defendant cannot harm them.

Notably, detaining the defendant pending trial based on his pervasive course of stalking activity would be consistent with another recent case in this district. Last month, the Honorable Scott W. Reid detained defendant Scott Testa after he was arrested and charged with cyberstalking. The facts are strikingly similar—Testa used numerous online accounts to harass, intimidate, and threaten his victims. He conveyed messages such as "we are watching you…get ready" and "we are going to run you out of town. You're not in Lower Merion anymore." Some

---

[2] The full list of posts that the defendant directed at Victim 1 is attached to this memorandum as Exhibit C.

of the posts contained references to the victims' children. Following a hearing, Judge Reid detained defendant Testa pending trial, finding that he was a danger to the community. The messages in this case were similarly disturbing, and the same result is warranted.

## II. **CONCLUSION**

When all these factors are viewed in light of the sentence defendant faces if convicted, it is clear that no condition or combination of conditions will reasonably assure the safety of the community and ensure the defendant's appearance at trial.

WHEREFORE, the government respectfully submits that its Motion for Defendant's Pretrial Detention should be granted.

Respectfully submitted,

DAVID METCALF
United States Attorney

/s/ *Anthony J. Carissimi*
ANTHONY J. CARISSIMI
SIMA KAZMIR
MARK DUBNOFF
Assistant United States Attorneys

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIM. NO. 26-cr-491** |
| **GUANGTIAN HA** | : | |

**PRETRIAL DETENTION ORDER**

AND NOW, this ____ day of October, 2026, after an evidentiary hearing and argument of counsel for the government and the defendant, the Court finds that this case is appropriate for detention because the government has proved by clear and convincing evidence that no condition or combination of conditions will reasonably assure the defendant's appearance as required and/or the safety of the community, pursuant to 18 U.S.C. §§ 3142(e) and 3142(f)(1).

The Court makes the following findings of fact:

1. Guangtian Ha was indicted by a federal grand jury for one count of cyberstalking, in violation of Title 18, United States Code, Section 2261A(2). The charges arise from a series of threatening, harassing and intimidating messages that Ha posted on X (formerly Twitter), using multiple anonymous accounts, targeting Victim 1 and their family.

2. The evidence in this case is strong, and consists of records from X, Verizon and other providers connecting the accounts used to commit the crime with the defendant.

3. The defendant faces a statutory maximum penalty of 5 years' imprisonment, three years of supervised release, a $250,000 fine, and a $100 special assessment.

4. The nature and circumstances of the offense, including Ha's use of Virtual Private Networks and numerous anonymous online accounts, as well as his history with and proximity to the victims, indicate that there is substantial risk that Ha will continue to harass and intimidate victims, despite any conditions prohibiting him from doing so.

5. The strength and nature of the case against the defendant, combined with the strong likelihood that the defendant will be incarcerated for a significant period of time and the nature of the offenses, establishes the defendant's danger to the community.

Therefore, IT IS ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; that the defendant be afforded reasonable opportunity for private consultation with counsel; and that, on order of a Court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

BY THE COURT:

____________________________________

HONORABLE PAMELA CARLOS
*United States Magistrate Judge*

# EXHIBIT A

***Filed Under Seal***

# EXHIBIT B

***Filed Under Seal***

# EXHIBIT C

| | Date | Time[1] | Account | Post Content[2] |
|---|---|---|---|---|
| **1.** | 10/9/2025 | 14:21 UTC | America1st33509 | @[V1] 👀 **Picture of residence** |
| **2.** | 1/31/2026 | 21:40 UTC | America1stLM | @[V1] Jew how come you are silent about the epstein files. Is it because they expose you cunts as the internal enemies of the US? Did you lie in your naturalization papers? @DHSgov @CBP |
| **3.** | 2/2/2026 | 16:52 UTC | America1stLM | @[V1] No one gives a fuck, jew. Get out of my country. You don't belong here. The fuhrer is coming, rats. |
| **4.** | 2/2/2026 | 17:11 UTC | America1stLM | @[Another X account] @[V1] Pedophilic jewess, the goyim in America are waking up and we are going to deal with you all. |
| **5.** | 2/2/2026 | 17:41 UTC | America1stLM | @[Another X account] @[V1] Jewess flustered? Wait for the day when the fuhrer returns. Don't worry. You will see us. |
| **6.** | 2/2/2026 | 19:09 UTC | America1stLM | @[Another X account] @[V1] LOL little jewess. We don't even need to make you wear yellow stars anymore. You out yourselves. MARKED for LM |
| **7.** | 2/2/2026 | 21:08 UTC | America1stLM | @[Another X account] @[V1] Am sure you know what LM stands for, jewess. |
| **8.** | 2/3/2026 | 00:23 UTC | America1stLM | @[Another X account] @[V1] Scream, jewess, scream |
| **9.** | 2/3/2026 | 1:27 UTC | America1stLM | @[Another X account] @[V1] You, on the other, is a perfect jewess to test some gas on. |
| **10.** | 2/6/2026 | 20:30 UTC | America1stLM | @[Another X account] @[V1] @[Another X account] If you have pics of roasted babies jews eat when they get together to scheme for the genocide of the white ppl in the US, pls share. Lower Merion have had enough of the jew demons. |
| **11.** | 2/7/2026 | 17:34 | America1stLM | @[V1] LM jews are going to have it |

[1] If no time is mentioned in the chart, then the post did not appear in the search warrant returns we obtained from X but were obtained from screenshots provided by V1's wife.

[2] All of these posts were directed to V1's X account.

| | | | | |
|---|---|---|---|---|
| | | UTC | | big time, jew. Remember this. You scums have had it too easy. Goyim are taking America back, blood-guzzling demons. |
| **12.** | 2/17/2026 | 16:29 UTC | America1stLM | @[V1] @haverfordedu Only libtards at a place like Haverford College will hire a bloodthirsty, treasonous jew pig like you, [V1], to destroy White America from the inside. Get the fuck out of LM. We don't need Israel First jew scums in America. |
| **13.** | 2/17/2026 | 18:29 UTC | America1stLM | @[V1] @haverfordedu Only libtards at a place like Haverford College will hire a bloodthirsty, treasonous jew pig like you, [V1], to destroy White America from the inside. Get the fuck out of LM. |
| **14.** | 2/17/2026 | 23:51 UTC | America1stLM | @[V1] There is nothing wrong to hate the jews. All normal Americans should, and I am glad to see more are waking up to the demonic evil of the jews. |
| **15.** | 2/18/2026 | 4:28 UTC | America1stLM | @[V1] If jews are so special then they should also be placed in special camps and receive special treatments. https://t.co/OQQveUYL7x |
| **16.** | 2/20/2026 | 2:52 UTC | America1stLM | @[V1] Jew pig, get the fuck out of Lower Merion. |
| **17.** | 2/20/2026 | 19:37 UTC | America1stLM | @[V1] Jew, get the fuck out of my country. |
| **18.** | 2/27/2026 | 3:23 UTC | America1stLM | @[V1] The goyim have woken up, jew. Run. Flee. Leave. Blurring your home on google map and installing a security camera next to your mailbox won't help. |
| **19.** | 2/28/2026 | 19:37 UTC | America1stLM | @[V1] Show me some dead jews, [V1] |
| **20.** | 2/28/2026 | 21:36 UTC | America1stLM | @[V1] Let there be an October 7 all day every day. Make it 6 million. Exterminate the jews. |
| **21.** | 2/28/2026 | 00:47 UTC | America1stLM | @[V1] Get the fuck out of my country, jew. Go back to your jew land. Don't force us to kick you out. Lower Merion will be cleansed of the jew filth. |
| **22.** | 4/15/2026 | 11:01 UTC | lm_GoyimDL | @[V1] Fat jew, leave lower merion |

| | | | | |
|---|---|---|---|---|
| **23.** | 4/15/2026 | 11:02 UTC | Im_GoyimDL | @[V1] Jew, watch your [V1's son's name]. There shall be a sign. |
| **24.** | 4/16/2026 | 10:59 UTC | DLGoyim | @[V1] [V1's partial address] |
| **25.** | 4/16/2026 | 15:05 UTC | DLGoyim | @[V1] [V1's address] |
| **26.** | 4/17/2026 | 15:44 UTC | DLGoyim | @[V1] [V1], the jewish state will stop existing, whether you like it or not, which is why as an Israeli zio jew you want to recreate america in 'iSrAeL''s image. This won't work. You and your family have no future here. Homeless dogs jews will once again become, if you do survive |
| **27.** | 4/17/2026 | 15:46 UTC | DLGoyim | @[V1] You have no place to go back to bc even you cannot stand your own jewish state, and america will never become yours. Your sad pathetic life. Your children will hate you for bringing them to this world |
| **28.** | 4/18/2026 | | DLGoyim | That's right, [V1]. The end of American jews is close. Let's start with the jews in Lower Merion. Watch out jewish nigga |
| **29.** | 4/19/2026 | 15:36 UTC | DLGoyim | @[V1] In case you want to know, guys: [V1's address] |
| **30.** | 4/20/2026 | 3:38 UTC | DLGoyim | @[V1] Yo, watch out, jewish nigga. [V1's partial address] |
| **31.** | 4/20/2026 | 21:27 UTC | DLGoyim | @[V1] Did you see this today, [V1]? It looked fabulous! Happy holocaust day! https://t.co/xuELiIwFkD |
| **32.** | 4/21/2026 | | DLGoyim | A filthy jew left the satanic Jewish state and came over to the US to continue his parasitic life and overthrow America from the inside @[V1's address] |
| **33.** | 4/22/2026 | 12:17 UTC | DLGoyim | @[V1] Is that blood, [V1]? We know jews are blood-sucking demons. Only the libtard niggas at @haverfordedu will protect you. But soon we are going to make sure you have no place to hide, fat rat. |
| **34.** | 4/23/2026 | 1:52 UTC | DLGoyim | @[V1] Heil Hitler, jew |
| **35.** | 4/23/2026 | 2:04 UTC | DLGoyim | @[Another X account] @[V1] Nothing wrong to hate jews. We started to |

| | | | | |
|---|---|---|---|---|
| | | | | decline the moment we stopped hating, eradicating and expelling jews. Babylonians knew, the Romans knew, the Spaniards knew. American jews have been exposed. Fuck anti-Zionism. HH.[3] |
| **36.** | 4/24/2026 | 00:51 UTC | DLGoyim | Looks like @[V1]' s fat ugly pig of a wife. https://t.co/Mer9UiXHoc |
| **37.** | 4/27/2026 | 9:40 UTC | DLGoyim | @[V1] Jew this jew that. [V1], you are just a pathetic Israeli jew. You may lie in your papers to get naturalization, you may fuck a student shortly after the death of your first wife and not be fired by the Lutnick-funded @haverfordedu. But in the end you are just a little angry jew |
| **38.** | 4/30/2026 | 1:24 UTC | DLGoyim | @PhillyInquirer On brand. With ppl like @[V1] fucking student after death of his first wife, @haverfordedu is a filthy den for sexual predators |
| **39.** | 4/30/2026 | 15:18 UTC | DLGoyim | @[V1] Fat jew, @haverfordedu retaining its connection to the Epstein class pleases you, no? Only a jew like you will fuck a student while your dead wife's body has yet to fully decompose. Gross! |
| **40.** | 5/1/2026 | 00:15 UTC | DLGoyim | @[V1] Jews have no place in any civilized society. Wasn't your second wife- a pathetic american jew who apparently enjoys damaged goods- worried that you were about to kill yourself? Why don't you try that? |
| **41.** | 5/1/2026 | 00:17 UTC | DLGoyim | @CBP have you checked out @[V1]. Check his naturalization papers. https://t.co/Pl9QRjMnzh |
| **42.** | 5/1/2026 | 10:13 UTC | DLGoyim | @[V1] Globalize the holocaust |
| **43.** | 5/1/2026 | 18:53 UTC | DLGoyim | @[Another X account] Rats like jews of lower merion such as @[V1] |
| **44.** | 5/2/2026 | 21:46 UTC | DLGoyim | Start with @[V1], an Israeli jew who served in IDF and lied in his naturalization papers. https://t.co/rebcGhHRzQ |
| **45.** | 5/3/2026 | 17:35 | DLGoyim | @[V1] If you care so much about the |

[3] "HH" is a common antisemetic abbreviation for "Heil Hitler"

| | | | | |
|---|---|---|---|---|
| | | UTC | | jewish state, why don't you go back to it, Baal [V1]. Get the fuck out of my country, satan-worshipping jew. |
| **46.** | 5/5/2026 | 22:11 UTC | DLGoyim | @[Another X account] @[V1] @[Another X account] Jew jew jew jew, jew this jew that, jew alive jew dead, jews paint swastika jews pretend to be victims. You treasonous scums. Have you tried gas, Josh? |
| **47.** | 5/7/2026 | 2:53 UTC | DLGoyim | @[Another X account] @[V1] @[Another X account] LOL. Goyim are noticing and the little jews are panicking. Do what you will but your days in America are numbered |
| **48.** | 5/7/2026 | 11:29 UTC | DLGoyim | Also deport @[V1], an Israeli jew who lies in his papers to obtain US citizenship\n\n@DHSgov @ICEgo |
| **49.** | 5/7/2026 | 12:53 UTC | DLGoyim | Where in PA can I find true America Firsters like Alicia? There are plenty of treasonous jews in Lower Merion like @[V1] who also lied in his naturalization papers to get US citizenship. Deport them all |
| **50.** | 5/10/2026 | 12:16 UTC | DLGoyim | @[V1] Jump, fat jew https://t.co/RFhM4N2CBh |
| **51.** | 5/10/2026 | 22:11 UTC | DLGoyim | @[V1] Eliminate the jewish cockroaches. Exterminate the jewish state. [V1], you will have nowhere to go. Your family has no future in the US. Give it another 10 years, and you shall see a true holocaust. |
| **52.** | 5/11/2026 | | DLGoyim | [V1's address]., [V1], cameras won't help you. |
| **53.** | 5/20/2026 | 16:57 UTC | DLGoyim | @[V1] [V1's address] 🎯 |
| **54.** | 10/5/2026 | 12:54 PM EST | carmo8195 | Send your kids out to play, [V1]. Send them out front of the house. Beautiful weather. |