**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| **v.** | |
| **GUANGTIAN HA #98408-512** | **NO. 26-491** |

**NOTICE OF HEARING**

Take notice that the defendant is scheduled for a **Trial** on **December 3, 2026** at **9:30 AM** before **Honorable Kelley B. Hodge** in **Courtroom 15A** of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this Court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice served as a summons to appear in Court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A ___________ interpreter will be required for the defendant.

☐ **Hearing rescheduled from: ________________.**

For additional information, please contact the undersigned.

By: Lenora Wittje for Leesa B. Ciamaichelo, Courtroom Deputy to Hon. Kelley B. Hodge
Phone: (267) 299-7559

cc: via U.S. Mail: Defendant
cc: via email: Susan M. Lin, Defense Counsel
Anthony J. Carissimi, Assistant U.S. Attorney
U.S. Marshal
Court Security
Probation
Pretrial Service
Interpreter Coordinator

Date: October 15, 2026